**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Derrick Vincent REDD, Defendant–Appellant.**

**No. 10–7507.**

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 13, 2011.

Decided: Jan. 21, 2011.

Derrick Vincent Redd, Appellant Pro Se. Robert Andrew Spencer, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before MOTZ, KING, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derrick Vincent Redd appeals a district court order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c) (2006). We affirm. Because the amendment in question did not lower Redd's Guidelines sentence, we find the district did not abuse its discretion denying the motion. *United States v. Goines,* 357 F.3d 469, 478 (4th Cir.2004) (stating standard of review). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*